**STATE of Missouri, Respondent,**

v.

**Julius ADAMS, Appellant.**

**No. 46776.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.

Application to Transfer Denied
June 19, 1984.

Henry B. Robertson, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Julius Adams, defendant herein, appeals his conviction, after a jury trial, of three counts of robbery in the first degree. He was sentenced to twenty years' imprisonment on each count, the sentences to run concurrently. No jurisprudential purpose

would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).